

FILED

JUN 2 3 2026

CLERK U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
BY _____ DEPUTY

# UNITED STATES DISTRICT COURT

## SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No.  26CR2306-TWR |
| Plaintiff, | JUDGMENT OF DISMISSAL |
| v. | |
| BRAYAN RIGOBERTO PEREZ MUY, | |
| Defendant. | |

Pursuant to Rule 48(a) of the Federal Rules of Criminal Procedure, the Court grants the United States of America's motion to dismiss the Information against defendant BRAYAN RIGOBERTO PEREZ MUY and hereby dismisses this matter without prejudice.

SO ORDERED AND ADJUDGED.

DATED:  6|23|26

_____
HON. TODD W. ROBINSON
United States District Judge